IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-02400-WYD

IEMHOTEP SA-RA,

    Applicant,

v.

RON LEYBA, Warden (AVCF), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR SUPPLEMENTAL STATE COURT RECORD

---

    Applicant, Iemhotep Sa-Ra, a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility in Crowley, Colorado, has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C.§ 2254. Respondents have filed an answer.

    I find that a supplement to the state court record submitted to and filed with the court on February 6, 2006, may be necessary for the resolution of this action. Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct the respondents to provide to this court the complete record of the trial court proceedings related to the December 9, 2005, motion to reconsider sentence that Mr. Sa-Ra filed in his criminal action in Arapahoe County District Court Case No. 01CR709. Accordingly, it is

    ORDERED that the respondents supplement the state court record submitted to

and filed with the court on February 6, 2006.  It is

FURTHER ORDERED that the respondents shall provide to this court **within thirty (30) days from the date of this order** the complete record of the trial court proceedings related to the December 9, 2005, motion to reconsider sentence that Mr. Sa-Ra filed in his criminal action in Arapahoe County District Court Case No. 01CR709.  It is

FURTHER ORDERED that the clerk of the Arapahoe County District Court produce the records as described in this order that are in the Arapahoe County District Court's possession and provide the records to counsel for the respondents in this case for filing with this court.  It is

FURTHER ORDERED that the clerk of this court send a copy of this order to both parties and to the Clerk of the Court, Arapahoe County District Court, 7325 South Potomac Street, Centennial, CO 80112.

Dated:  January 4, 2008

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       U. S. District Judge