IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02400-WYD-CBS

IEMHOTEP SA-RA,

     Applicant,

v.

RON LEYBA, Warden (AVCF); and
JOHN SUTHERS, The Attorney General of the State of Colorado,

     Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the

above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated:  August 27, 2008

                               BY THE COURT:


                               s/ Wiley Y. Daniel
                               Wiley Y. Daniel
                               U. S. District Judge